
ute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4016 | **DATE** | 7/19/2002 |
| **CASE TITLE** | Hadun Sud El etc. Vs. Washington Mutual Loans et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff moves for entry of a default judgment. Because defendant has not been properly served, it is not in default. The motion is, therefore, denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | number of notices | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | | |
| | Notices mailed by judge's staff. | | | JUL 23 2002 date docketed | |
| | Notified counsel by telephone. | | | | |
| ✓ | Docketing to mail notices. | | | docketing deputy initials | 7 |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | | | |
| WAH | courtroom deputy's initials | | 02 JUL 22 AM 9:23 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| We The People<br>  In Propria Persona, Sui Juris<br>Noble: Hadun Asud El, etc., ex rel<br>Eddie Leonard Jr.,<br><br>          Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL LOANS,<br>et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02 C 4016 |

**DOCKETED**
JUL 2 3 2002

## MEMORANDUM OPINION AND ORDER

Plaintiff moves for entry of a default judgment. Because defendant has not been properly served, it is not in default. The motion is, therefore, denied. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a plaintiff, if he wishes to proceed by mailing a copy of the summons and complaint, must also request waiver of service by the proper form. The defendant then accepts service by signing and returning the form, or refuses to accept service by failing to sign and return the form. If the defendant refuses to accept service, plaintiff must then serve the defendant personally. Here the record indicates that plaintiff did not send a waiver form, none was returned, and defendant has not been personally served.

We also add that we have considerable difficulty in understanding the nature of plaintiff's claim.

                                                                                   JAMES B. MORAN
                                                                   Senior Judge, U. S. District Court

July 19, 2002.